**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1.  **REUBEN JAMES BUTLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 18-CV-565-JED-FHM** |
| | ) | |
| 1.  **JASLEEN ENTERPRISES L.L.C.** | ) | |
| **d/b/a VAPOR MAVEN** | ) | |
| **a foreign limited liability company,** | ) | |
| | ) | |
| **Defendant,** | ) | |

## JOINT MOTION TO RESCHEDULE SETTLEMENT CONFERENCE

The Parties, by and through their undersigned counsel of record, respectfully jointly request that the Court reschedule the Settlement Conference which is currently set for August 11, 2021 at 9:30 a.m. before Adjunct Settlement Judge Kristin L. Brightmire.

1. On May 3, 2021 the Court issued an Order, setting the Settlement Conference in this matter for August 11, 2021. [Doc. 31]

2. This is the third request by the Parties to extend the Settlement Conference date.

3. Contemporaneously herewith, the Parties have requested the Court extend the Scheduling Order deadlines by forty-five (45) days.

4. The Parties respectfully suggest that it would be more beneficial to conduct the Settlement Conference after the parties have completed additional discovery, including depositions, so each can better evaluate their case.

5. Therefore, the Parties request that this Court reschedule the Settlement Conference to a date sixty (60) days after August 11, 2021.

6. The Parties represent that the purpose of this Joint Motion is not to delay these proceedings, but to allow the Parties adequate time to conduct additional discovery prior to conducting the Settlement Conference.

WHEREFORE, the Parties respectfully request that this Court enter an Order moving the Settlement Conference to a date sixty (60) days after August 11, 2021.

Dated July 30, 2021.                                  Respectfully submitted:


**ARMSTRONG & VAUGHT, P.L.C.**


By: /s/ Charles C. Vaught
*(filed with permission of Counsel)*
**Charles C. Vaught, OBA #19962**
**Jessica N. Vaught, OBA #33114**
2727 E. 21st Street, Suite 505
Tulsa, Oklahoma   74114
(918) 582-2500 Telephone
(918) 583-1755 Fax
cvaught@a-vlaw.com
jvaught@a-vlaw.com
**Attorneys for Plaintiff**


**CROWE & DUNLEVY, P.C.**


By:_____
**Madalene A. B. Witterholt, OBA#10528**
321 S. Boston Avenue, Suite #500
Tulsa, Oklahoma 74103
(918) 592-9809 Telephone
(918) 599-6325 Fax
m.witterholt@crowedunlevy.com
**Attorneys for Defendants**