UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Reuben James Butler, | | |
| Plaintiff(s), | Case No.: | 18-cv-00565-JED-CDL |
| vs. | | |
| Jasleen Enterprises L.L.C, | **SETTLEMENT CONFERENCE REPORT** | |
| Defendant(s). | | |

On October 20, 2021, a Settlement Conference was held in the captioned matter.

☒  The litigation was settled; within __30__ days of the date hereof, the Plaintiff and Defendant shall file:

  --  a Stipulation of Dismissal
      OR
  --  Agreed Judgment and
      Motion to Enter Agreed Judgment

☐  The litigation was not settled.

☐  Settlement negotiations are pending. The parties are to phone the undersigned by _____ on _____.

DATED: 10/20/2021

*Kristen L. Brightmire*

_____
Adjunct Settlement Judge Kristen L. Brightmire